# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD J. KELLY,<br><br>  Plaintiff,<br><br>vs.<br><br>LISA/CARRISON LTD., dba PUTTER'S BAR & GRILL,<br><br>  Defendant. | Case No. 2:09-cv-01573-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Order to Extend Time to File Joint Pretrial Order (Third Request) (#23) filed June 17, 2011, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than July 13, 2011. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **July 29, 2011**. Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

. . .

. . .

. . .

. . .

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 19th day of July, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge