Kathleen M. Paustian, Esq. SBN 3785
GORDON & REES LLP
3770 Howard Hughes Parkway #100
Las Vegas, Nevada 89169
Telephone: (702) 577-9300
Attorneys for LISA/CARRISON LTD.,
a Nevada limited liability company, d/b/a
PUTTER'S BAR & GRILL

Robert P. Spretnak, Esq. SBN 5135
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Telephone: (702) 454-4900
Attorney for RICHARD J. KELLY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD J. KELLY,<br><br>    Plaintiff,<br><br>vs.<br><br>LISA/CARRISON LTD., a Nevada limited liability company, dba PUTTER'S BAR & GRILL,<br><br>    Defendant. | Case No. 2:09-cv-01573-KJD-GWF<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |

1  IT IS HEREBY STIPULATED AND AGREED by all parties that the above-entitled
2  matter be dismissed with prejudice, each party to bear its own attorney's fees and costs.
3  DATED this \ST day of December, 2011.          DATED this /5/ day of December, 2011.

Robert P. Spretnak, Esq. #5135
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
Attorney for Plaintiff
Tel: (702) 454-4900
Tel: (702) 454-4900

Kathleen M. Paustian, Esq. #3785
GORDON & REES LLP
3770 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Attorneys for Defendants
Tel: (702) 577-9300

## ORDER

IT IS SO ORDERED.

DATED this  2  day of December, 2011.

_____
**DISTRICT COURT JUDGE**